No. 92–9188.   GONZALES RODRIGUEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–9189.   HOPE v. DAVIS, WARDEN, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 92–9190.   FRIAS v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 92–9191.   BROWN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 92–9192.   MCFALL v. WILKINSON ET AL.   C. A. 6th Cir. Certiorari denied.

No. 92–9193.   LANE v. RAMEY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 92–9194.   NORTHINGTON v. HOFFMAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 92–9195.   MITCHELL v. HECKEMEYER, JUDGE, CIRCUIT COURT, MISSISSIPPI COUNTY, MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 92–9196.   KEISTER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 92–9197.   ARNOLD v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 92–9198.   HARRIS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 92–9199.   DUNBAR v. UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 92–9200.   COTE v. DONOVAN, WARDEN, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 92–9201.   BELLMAN v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 92–9202.   CRAYTON v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.